## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL E. WILLIAMS,** | ) | CASE NO.  5:16CR386 |
| | ) | 5:19CV1910 |
| **Defendant-Petitioner,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **OPINION AND ORDER** |
| | ) | |
| **Plaintiff-Respondent.** | ) | |

## CHRISTOPHER A. BOYKO, J.:

Pending before the Court is Defendant's Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255.  (Doc. 64).  In his Motion, Defendant asks the Court to resentence Defendant without the "Leadership Role" under USSG § 3B1.1(c).  Doing so would dictate a total base offense level of 21 (after adjustments).  A 21-offense level with a criminal history category of VI would result in a Guideline Range of 77-96 months imprisonment.  With the leadership role applied however, the Court sentenced Defendant to 103 months imprisonment.

Before the Court ruled on Defendant's Motion, the COVID-19 pandemic swept the nation.  Defendant moved for Compassionate Release based on his preexisting conditions and the threat that COVID-19 presented him.  (*See* Docs. 76 & 80).  On September 2, 2020, the Court granted Defendant's request for a reduction in sentence and sentenced him to time served.  At

- 2 -

that time, Defendant served over 45 months imprisonment. The Bureau of Prisons released Defendant on September 17, 2020.[1]

Since the Court granted Defendant's Motion for Compassionate Release, his Motion to Vacate is moot. Defendant received a more substantial reduction of his sentence than he requested in his Motion to Vacate. Accordingly, Defendant's Motion to Vacate (Doc. 64) is **DENIED AS MOOT**.

    IT IS SO ORDERED.

    s/ Christopher A. Boyko
    **CHRISTOPHER A. BOYKO**
    **Senior United States District Judge**

**Dated: October 21, 2020**

---

[1] BUREAU OF PRISONS, Find an Inmate, *available at*: https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results (last accessed Oct. 1, 2020).